**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 97-1468**

---

LASZLO GEORGE PALMAI,

Plaintiff - Appellant,

versus

JOSEPH CAMMARATA; GERALD B. LEE, Judge;
GILBERT K. DAVIS & ASSOCIATES,

Defendants - Appellees.

---

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria. T. S. Ellis, III, District Judge. (CA-97-100-A)

---

Submitted: July 24, 1997          Decided: August 6, 1997

---

Before HAMILTON, LUTTIG, and MOTZ, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Laszlo George Palmai, Appellant Pro Se. Joseph Cammarata, Washington, D.C.; Gregory E. Lucyk, OFFICE OF THE ATTORNEY GENERAL OF VIRGINIA, Richmond, Virginia; Henry St. John Fitzgerald, Arlington, Virginia, for Appellees.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

   Appellant appeals the district court's order granting Defendants' motions to dismiss Appellant's complaint for lack of subject-matter jurisdiction pursuant to Fed. R. Civ. P. 12(b)(1). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>Palmai v. Cammarata</u>, No. CA-97-100-A (E.D. Va. Mar. 26, 1997). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>